UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-23081-CIV-MARTINEZ

WAYNE ENGLISH, on behalf of himself
individually and on behalf of all others
similarly situated,

    Plaintiff,

vs.

IDEA 247 INC. d/b/a IDEA FINANCIAL,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

**THIS MATTER** came before this Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice ("Notice"), (ECF No. 14). This Court has reviewed the Notice, pertinent portions of the record, and applicable law and is otherwise fully advised of the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**, all pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3 day of January, 2024.

                                                                                     _____
                                                                                      JOSE E. MARTINEZ
                                                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record